UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDRES LENGUA,

    Plaintiff,

v.                                          Case No:   6:15-cv-57-Orl-22TBS

UNO RESTAURANTS, LLC.,

    Defendant.

## ORDER

This case comes before the Court on Defendant's Motion to Extend Scheduling Order Pretrial Deadlines (Doc. 25).   Defendant is asking the Court to cancel all case management deadlines, take the case off its trial calendar, and not reschedule the case until 60 days after it decides Defendant's motion to compel (Id., at 2).

The Case Management and Scheduling Order governing this case provides that "[m]otions to extend the dispositive motions deadline or to continue the trial are generally denied."  (Doc. 20 at 4).   And that "[t]he Court will grant an exception only when necessary to prevent manifest injustice."   (Id.).   The Order goes on to state that "[m]otions for an extension of other deadlines established in this order, including motions for an extension of the discovery period, are disfavored.   The deadline will not be extended absent a showing of good cause."   (Id.).

The grounds for Defendant's motion don't come anywhere close to showing manifest injustice and the existence of good cause is debatable.   Defendant's motion to compel became ripe on October 20, 2015 and will be decided in the regular course of business.   In the meantime, the Court will assist the parties by **GRANTING the motion in**

**part**, by extending the deadlines for the filing of dispositive and <u>Daubert</u> motions from November 2 to December 1, 2015.   In all other respects, the motion is **DENIED**.   The parties should be prepared to go to trial during the period beginning April 1, 2016.

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2015.

_/s/ T.B.S._
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties